

3:12CV237

Court Eastern District of Virginia

United States District

Richmond Division

GEORGE ALEXANDER YARID, PLAINTIFF

V.S

LAYTON HARMAN, ROBERT ROONEY, JOHN LUCAS, AL HORFORD ED DAVIS BRODIE BRUCE, SCOTT HATRNELL, KURT DONALDSON, PAUL WRIGHT, GORDAN FREEMAN, MIKE DANNER

Complaint

I am filing a court restraint for these individuals and aliases for uploading copyrighted material that belongs to me, George Yarid.

I respectfully hope for resolve in this matter and for this case to be heard in the court room in it's entirety.

Stolen material that is bootlegged on the internet and stolen from my cable access show on youtube.com and other internet forums, are being presented against my wishes. I am the owner of the material and filing a restraint against this matter.

Address will be provided with corresponding names as well. Please get back with me and thank you for the court's prompt action in advance to this complaint and request to be heard.

Title Gorgeous George Show. company Vintage Valentine Inc. This material is created, produced and authored by me and I do not want any of it to be on these video sites.

George Alexander Yarid

*George Alexander Yarid* (signature)

3/30/12



Court Eastern District of
Virginia
United States District

Richmond Division

To the courts and active honorable judge to view case:

As I said in the original restraining order, I would attach the list of the defendants in order. However, there is one problem which causes this situation to be a issue of perjury on the defendants in this case. A few individuals have taken the point to perjury themselves by leaving fictitious names on this counter DMCA against me. Please be advised that one Layton Jonathan Harman is the culprit in this ordeal and the one defendant that has created this ruse and perjury. The addresses all seem to be similar with these defendants listed, even Mr. Harman listed a bogus address. The only real information is the actual phone number of Mr. Harman which is 570-447-5807. All are perjuries which will also be taken up with the district attorney's office as well. The other legitimate defendant is Mike Danner, but the address I have for him is not certain. The other names are all fictitious and perjury is clearly being created by the defendant. Here is the list.

1. Layton Harman  177 Boston road Picture Rocks, Pennsylvania 17762.  570-447-5807

2. Robert Rooney  9764 Jeopardy Lane  Chicago Illinois 60623   570-584-3755  Bogus name

3. John Lucas  1882 Girad street  San Francisco, California 94101  no number.

4. Mike Danner aka Gordan Freeman  704 N Oakland  Griffith, Indiana 46319  219-838-7074  f

5. Ed Davis 14 Branchland Court  Ruckersville, Virginia 22968   Bogus name

6. Al Horford 177 Boston Road 17762 picture rocks 804-915-5202  Bogus name

7. Corey Mathews 227 Boston Road  17762  Picture Rocks  804-915-5202  Bogus name

8. Scott Hartnell 210 Montezuma Road  Suite 220 Santa Fe New Mexico 87501  Bogus Name\

9. Kurt Donaldson 171 Lake Washington Blvd  Aberdeen, Washington 98520  Bogus Name

10. Paul Wright  231 Pillsbury Drive se  Minneapolis, Minnesota 55455  612-625-3014. not sure if legit.

This is the list with the only sure thing being Mr. Harman's number. Please be aware that even though this individual perjured themselves to create problems for me, I must protect my interests which are my property and television show.

George Alexander Yarid

*[signature]* George Alexander Yarid  3/30/12

RECEIVED MAR 0 2012 CLERK, U.S. DISTRICT COURT RICHMOND, VA