Court Eastern District of Virginia

United States District

Richmond Division

Motion For Extra Time

3:12CV237

GEORGE ALEXANDER YARID PLAINTIFF

V.S

LAYTON HARMAN, ROBERT ROONEY, JOHN LUCAS, AL HORFORD ED DAVIS BRODIE BRUCE, SCOTT HATRNELL, KURT DONALDSON, PAUL WRIGHT, GORDAN FREEMAN, MIKE DANNER

In this matter that I bring to the courts, I am requesting added time in gathering case law information and previous stated cases to support my case. I ask the courts for another 15 days or any extra time in order plan my plea and case law with the prayer for relief as well. Thank you for your cooperation in advance to this matter to respectfully grant this request.

Sincerely George Yarid