UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION



GEORGE ALEXANDER YARID,

Plaintiff,

v.

LAYTON HARMAN *et al.*,

Defendants.

Civil Action No. 3:12-CV-237

## ORDER

THIS MATTER is before the Court on Plaintiff George Alexander Yarid's Motion for Extra Time (ECF No. 4). Upon due consideration, the Court GRANTS Plaintiff's Motion. Plaintiff shall have until May 4, 2012, to file a more particularized complaint in compliance with the Court's Order entered April 4, 2012 (ECF No. 2).

Let the Clerk send a copy of this Order to Plaintiff.

It is SO ORDERED.

/s/
James R. Spencer
United States District Judge

ENTERED this  18th  day of April 2012.

1