Case 3:12-cv-00237-J~~RS Document 6~~ Filed 05/04/12 Page 1 of 2 PageID# 12

~~PARTICULARIZED COMPLAINT~~

FILED
MAY -4 2012
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

Court Eastern District Of Virginia
United STATES DISTRICT

Richmond Division

GEORGE ALEXANDER YARD PLAINTIFF
V.S.

ACTION CASE NUMBER 3:12-CV-237  Layton Harman, Robert Rooney, John Lucas, AL HORFORD, ED DAVIS, BRODIE BRUCE  Defendants

AMENDMENT
To Honorable Judge James Spencer

In this statement I am requesting the courts to file a motion to proceed with the case in the Richmond Federal Courts, to be heard against these defendants stealing material that belongs to me on the internet. Dealing with intellectual property and material that belongs to me, George Yard. The material seems to be placed and bootlegged constantly on different internet forms, such as You Tube, Viemo, Ebaums World and Daily Motion, which I have never once authorized. This was an issue about eighteen months ago with other individuals and the facts never got heard or tried in the court. I'm using the similar case law that I used previously to try to state the obvious regarding this manner at hand. I ask the courts to please judge the facts that are presented and examined in a fair way. I have stated previously what copyright infringement is in my plea eighteen months ago, and I will proceed with the facts again. I'm not an attorney, but I know the standard protocol on what is being presented. Please understand that I have limited funds to afford an attorney. These individuals create constant cyber crimes on the internet as well use fictitious names to contest my dmca on the net as well. Two of these individuals are legitimate and my hope is to get these people served and brought to the court on their said dates to be tried and heard in it's entirety. Now before I state the case law, let me state what copyright states. Copyright states that any video, picture, image, movie or recording aired or viewed mutiple times that it is known as fixation. Fixation is repetitive usage of watching an tangible medium more than once, then which falls in line of the creator and producer to determine the usage of the material. In several findings, to have copyright material you don't necessarily need to be registered at the Library of Congress. The creator has the right to determine the play back or ownership of material being floated on the internet.. Layton Harman and Mike Danner are the two legitimate real defendants on this judgment..I use the other names because they were given by youtube. These defendants have uploaded material that belongs to me that I do not want up of my cable access show on these internet forums.

In case 1:90-CV-1015, HI TECH Video Production Inc versus Capital Cities/ an ABC affiliate, tried a case in federal courts, with a video post card being played on ABC station without the original owners knowledge. That being the video production company, which on that particular video, they had copyright ownership and the courts rewarded the production house company 3,400.00 dollars for the airing of the video. This was done in 1992 in Michigan federal court. Another case law in relations to copyright. case number 93civ-3108, Robinson versus Random House Publication in the New York federal court, the plaintiff Mr. Robinson copied a book that was already written by the defendants Random House Publishers. This individual tried to set a declaration for the courts of ownership in this particular case. When in fact he plagiarized himself by copying the book without written consent of the original creator and author Random House Publication. Random House won the New York federal courts decision since they were the original creators. In short I have stated the previously case law from year in half ago and believe that these two cases are sufficient comparisons to the current case I'm dealing with. Now if the courts disagree with this, I would like then to set a precedence to state ownership of these videos. I would be more than glad to take a picture of myself and give the courts a copy of my television program to prove that I i have ownership to this program and that I'm the creator. I'm trying to make statement and set a precedence if need be to not have my material that I produce and create redistrubuted and bootlegged against my wishes. If the courts need proof of my association with show, it can be given with a copy of my show and a photo id of myself. I want the courts to understand my desire for this and perhaps setting a precedence on this matter if necessary to establish case this case to be heard and tried. To set a law for ownership of material being stolen on the internet.

Finally, I would appreciate punitive damages against these individuals. A precedence would be set or the case law given can be accepted as comparisons to the case I'm trying to prove for exclusive ownership of material. I also hope to gain a stoppage of any more of my material being stolen and for this case to be actually tried and heard in it's entirety. Although I'm not asking for monetary compensation, I would hope the individuals involved get penalized for their actions and for them others not to be able to steal my material in the future. I hope this has been straight forward and full detail to my request and for what I believe that is right in this court matter being presented. I will respectfully thank the courts for their cooperation granting a hearing this plea and case.

*George Yard*  5/4/12

Sincerely  George Alexander Yarid

5/4/12