

Current Eastern District OF Virginia
United States District

Notice of more discovery and case law.
case number 312:cv:237

Richmond Division

        George Alexander Yarid     Plaintiff
                      vs
        Layton Jonathan Harman EL    Defendant

TO: The Honorable Judge Spencer

In discovery of the case law given, I have another case law to add along with the discovery of law that states that copyright material does not have to be registered for it to be owned by its creator. In 1989, the international law took effect for the United States to honor law when they entered it in the international law stating that copyright does not have to be registered for it to be claimed as copyright material. Under this law, the plaintiff cannot be rewarded monetary value, but can be rewarded for elimination of reproduced items or duplications of copyright work.

"Under the Berne copyright convention, which all major nations have signed, every creative work is copyrighted the moment it is fixed in tangible form, better known as fixation. No notice is necessary, though it helps legal cases. No registration is necessary, though it is needed later to sue for money. The copyright lasts until 70 years after the author dies. Facts and ideas can't be copyrighted.

"Copyright under the Berne Convention is automatic: no registration is required, nor is the inclusion of a copyright notice."

"In 1989, the United States became a party to the Berne Convention. In accordance with the Convention, inclusion of a copyright notice is no longer a requirement for copyright protection."

In addition, current case law that was made effective in 2010, *Reed Elsevier, Inc. v. Muchnick*, ___ U.S. ___, 130 S.Ct. 1237, in the Supreme Court, states that without prejudice a case without a registered label or title can be heard with proper jurisdiction to be rule upon.

The *Reed Elsevier* decision clearly holds that a plaintiff's lack of federal copyright registration will not deprive the federal court of subject matter jurisdiction needed to settle claims related to those unregistered works. This case was against the writers versus the publishers, which ruled in the plaintiff's benefit in the Supreme Court that supported the case to be tried without registration and support the copyright claim of the plaintiff's copyright work.

I hope this adds to my case and helps my quest for the case to be heard in its entirety. Thank you for your cooperation in this matter.

                        Sincerely   George Alexander Yarid

                        *[signature: George Yarid]*