UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| GEORGE ALEXANDER YARID,<br>　　　　　　　　　　　Plaintiff,<br>v.<br>LAYTON HARMAN, *et al*,<br>　　　　　　　　　　　Defendants. | Civil Action No. 3:12-CV-237-JRS |

### ORDER

THIS MATTER is before the Court on its own initiative regarding Plaintiff's Particularized Complaint. (ECF No. 6.) Plaintiff filed a Motion to Proceed In Forma Pauperis ("IFP") and a Complaint in this Court on March 30, 2012 (ECF No. 1.) The Court granted the Motion to Proceed IFP, and directed Plaintiff to particularize his Complaint. Plaintiff filed his Particularized Complaint on May 4, 2012.

Upon due consideration, the Court finds that Plaintiff's Particularized Complaint is too vague and conclusory to state a claim upon which relief can be granted and appears otherwise frivolous. Pursuant to 28 U.S.C. § 1915(e)(2)(B), Plaintiff's Particularized Complaint is HEREBY DISMISSED. This dismissal is WITHOUT PREJUDICE and Plaintiff is free to amplify the factual and legal basis on which his claims rest and re-file his Complaint.

Let the Clerk send a copy of this Order to the pro se Plaintiff.

It is SO ORDERED.

/s/ _____
John A. Gibney, Jr.
United States District Judge

ENTERED this ___ day of October 2012