Court Eastern District of Virginia

United States District Richmond Division

George Alexander Yarid  Plaintif

Versus

Layton Harman an et

Action Case number 3:12-cv237

Notice of Appeal.



I'm asking for the courts for appeal on the case matter 3:12-cv-237. Since I didn't believe that the case wasn't tried properly in it's entirety. I request this for order number 8 presented on the 9th of October and order 9 presented on the 5th of November in which I didn't receive neither at my address. I will appreaciate this to be granted for stated reason given. I also will state my thanks in advance for corperation in this matter.

Sincerely, George Alexander Yarid     11/20/12

*George Yarid* (signature)